IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TREBIAN SMITH and**
**CRYSTAL FISHER**                                                          **PLAINTIFFS**

**VS.**                                           **3:19CV00038-JM**

**LOUISE RIDDLE**                                                            **DEFENDANT**

## ORDER

Pursuant to the Plaintiffs' motion for voluntary dismissal. (Docket # 13). All claims and causes of action of Separate Plaintiff Crystal Fisher against Defendant Louise Riddle are dismissed with prejudice.

IT IS SO ORDERED this 1st day of October, 2020.

James M. Moody, Jr.
United States District Judge

1